**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ariel Jair Carretero Cenovio, | No.   CV-26-04933-PHX-ASB |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  There is full consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).   (Doc. 2.)  Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state that they "do not contest the *Echevarria* court's determination that detainees like Petitioner are entitled to a bond hearing nor would they oppose providing Petitioner with a bond hearing under 8 U.S.C. § 1226(a)."[1]  (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for a bond hearing.  The remainder of the Petition will be denied.[2]

---

[1] *Echevarria v. Bondi*, CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. 2025)

[2] The Petition asks the Court for other relief, such as injunction against transfer from this District and an award of costs and reasonable attorneys' fees. (*See* Doc. 1 at 32.) However, Petitioner does not provide sufficient support for these requests. (See id.)

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge