# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariel Jair Carretero Cenovio,<br>Petitioner,<br>v.<br>Markwayne Mullin, et al.,<br>Respondents. | No. CV-26-04933-PHX-ASB<br>**ORDER** |

The Court is in receipt of Petitioner's Rule 59(e) Motion to Alter or Amend Judgment (Doc. 10) and Petitioner's Motion to Withdraw Petitioner's Rule 59(e) Motion to Alter or Amend Judgment (Doc. 11). In the latter, Plaintiff moves to withdraw the former because he was released from immigration custody. Thus, the request in Doc. No. 10 is moot.

**IT IS THEREFORE ORDERED granting** Petitioner's Motion to Withdraw Petitioner's Rule 59(e) Motion to Alter or Amend Judgment (Doc. 11). Petitioner's Rule 59(e) Motion to Alter or Amend Judgment (Doc. 10) is **withdrawn**. This matter remains closed.

Dated this 28th day of September, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge